# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 22, 2020

## NO. 03-20-00022-CV

**Audi Aktiengesellschaft, Appellant**

**v.**

**State of Texas and Travis County, Appellees**

**APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES TRIANA AND SMITH
REVERSED AND RENDERED -- OPINION BY CHIEF JUSTICE ROSE;
DISSENTING OPINION BY JUSTICE TRIANA**

This is an appeal from the interlocutory order signed by the trial court on December 16, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. The trial court erred in denying Audi Germany's special appearance. Therefore, the Court reverses the trial court's orders denying the special appearance and renders judgment dismissing the State's claims against Audi Germany. The appellees shall pay all costs relating to this appeal, both in this Court and in the court below.